

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASLANYAN HENRIK,<br><br>Defendant. | Case No. 1:19-po-00105-SAB<br><br>ORDER TO REFUND PAYMENT TO DEFENDANT |

On July 31, 2019, a citation was filed in this action which charged Defendant Ashlayan Henrik with a violation of 36 C.F.R. § 261.8(a) and Cal. Admin. Code tit. 14, § 2.00, Fishing with Two or More Poles. (ECF No. 1.) On August 15, 2019, the Government dismissed the charges against Defendant. On August 16, 2019, Defendant paid the fine of $330.00. (ECF No. 3.) As the citation has been dismissed, Defendant shall be refunded the payment of $330.00.

Accordingly, IT IS HEREBY ORDERED that Aslanyan Henrik be refunded the payment of three hundred thirty dollars ($330.00).

IT IS SO ORDERED.

Dated: August 22, 2019

STANLEY A. BOONE
United States Magistrate Judge

1